# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R., a minor, by and through her Guardian ad Litem, Soterea Sandy Rains,<br><br>Plaintiff,<br><br>vs.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT; DR. JASON ALLMAN; AMY SABOL; JOLENE BRADSHAW; JULIA JACOBSON; LUIS DOE; DOE PARENTS OF MINOR PERPETRATOR, and DOES 1-75,<br><br>Defendants. | Case No. 8:17-cv-00429 JLS (KES)<br><br>**ORDER REGARDING STIPULATION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT** |

The Court having reviewed the foregoing Stipulation, determined that no federal or diversity jurisdiction exists, and good cause appearing therefore:

///
///
///
///
///

**IT IS ORDERED** that the Court hereby **REMANDS** this case to Orange County Superior Court, Case No. 30-2016-00891630-CU-PO-CJC, for all further proceedings.

**IT IS SO ORDERED.**

**DATED**: October 04, 2017

_____
**Hon. JOSEPHINE L. STATON**
**United States District Judge**